UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER JACKSON,<br><br>        Plaintiff,<br><br> -against-<br><br>NEW YORK DEPARTMENT OF LABOR,<br><br>        Defendant. | 24cv6528 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 4, 2024, order, this action is dismissed. By order dated September 10, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis (IFP application) or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: November 6, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge